## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMES WEBSTER,

                    Plaintiff,

     v.                                             Case No. 04-4051-KGS

CITY OF NEW STRAWN, KANSAS, and
KIM BOWERS

                    Defendants.

---

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [Doc. #39] filed by the parties, the Court hereby orders that all claims of the plaintiff against the defendants are dismissed with prejudice. The parties are responsible for their own fees and costs.

**IT IS SO ORDERED** on this 11th day of July, 2005.

                                  s/K. Gary Sebelius
                                  K. Gary Sebelius
                                  U.S. Magistrate Judge

| | |
|---|---|
| MCCULLOUGH, WAREHEIM & LABUNKER, P.A. | FISHER, PATTERSON, SAYLER & SMITH, L.L.P. |
| 1507 South Topeka Boulevard | 3550 S.W. 5th Street |
| P. O. Box 1453 | P. O. Box 949 |
| Topeka, Kansas  66601-1453 | Topeka, Kansas  66601-0949 |
| | |
| **s/David O. Alegria** | **s/David R. Cooper** |
| David O. Alegria, S.Ct. #13111 | David R. Cooper          #16690 |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |